UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JIMMY COLLINS (1)<br>ASHLEY COLLINS (2),<br><br>                        Defendants. | Case No.: 18CR0432-JLS<br><br>**ORDER:**<br><br>**(1) SETTING HEARING ON GOVERNMENT'S MOTION FOR INTERLOCUTORY SALE OF VARIOUS PROPERTIES SUBJECT TO CRIMINAL FORFEITURE; and**<br><br>**(2) VACATING STATUS HEARING** |

      The United States' Motion for Interlocutory Sale of Various Properties Subject to Criminal Forfeiture (ECF No. 241) shall be heard before this Court on **Friday, July 9, 2021** at **2:00 p.m.** Defendants shall file any response or opposition to the motion by June 21, 2021. The Government may file an optional reply by June 28, 2021. The Status Hearing presently set for June 11, 2021 is **Vacated**.

      Due to the complexity of this case and the reasons set forth in Order of the Chief Judge No. 63-B, the Court finds that the ends of justice will be served by this continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the period of delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

      IT IS SO ORDERED.

Dated: June 4, 2021

                                                                      Hon. Janis L. Sammartino
                                                                      United States District Judge