# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18CR0432-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING** |
| v. | |
| JIMMY COLLINS (1), ASHELY COLLINS (2), | |
| Defendants. | |

The Court, having reviewed the foregoing Joint Motion of the Parties, and for good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Continue Hearing is approved. The Hearing will be continued from November 19, 2021 at 2:00 PM, to January 21, 2022 at 2:00 PM. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.
Dated: November 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge