AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | California |
|---|---|---|

| United States of America | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Jimmy Collins | CASE NUMBER: 3:18-cr-00432 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Jimmy Collins__ substitutes
(Party (s) Name)

__Sean Buckley__, State Bar No. __24006675 (TX)__ as counsel of record in
(Name of New Attorney)

place of __Ellis M. Johnston III__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Sean Buckley, PLLC |
|---|---|
| Address: | 4801 Woodway Drive, Suite 300-West   Houston, Texas 77056 |
| Telephone: | (713) 380-1220            Facsimile (713) 552-0746 |
| E-Mail (Optional): | sean@seanbuckleyattorney.com |

I consent to the above substitution.

Date: 12/30/2021

_____
(Signature of Party (s))

I consent to being substituted.

Date: 12.30.21

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/29/2021

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 01/03/2022

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]