UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JIMMY COLLINS (1),<br>ASHLEY COLLINS (2),<br><br>                              Defendants. | Case No.: 18CR0432-JLS<br><br>**ORDER CONTINUING MOTION HEARING** |
|---|---|

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing presently scheduled for January 21, 2022 shall be continued to **March 25, 2022** at **2:00 p.m.** Defendants shall file acknowledgments of the new hearing date by February 4, 2022.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

18CR0432-JLS