UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  18CR0432-JLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING** |
| v. | |
| JIMMY COLLINS (1) ASHLEY COLLINS (2), | |
| Defendants. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing scheduled for April 29, 2022 shall be continued to June 24, 2022 at 3:00 p.m. Defendants shall file acknowledgements of the new hearing date by May 6, 2022.

Time is excluded pursuant 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  April 27, 2022

Hon. Janis L. Sammartino
United States District Judge

18CR0432-JLS