1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                      SOUTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA               Case No. 18CR0432-JLS

10                                          **ORDER TO CONTINUE STATUS
                                            HEARING RE: MOTIONS IN
11              v.                          LIMINE AND JURY TRIAL**

12   JIMMY COLLINS (1),
     ASHLEY COLLINS (2),
13
                   Defendants.
14

15

16        Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

17        IT IS HEREBY ORDERED that the status hearing in the above-referenced case

18   be continued from July 15, 2022 to July 21, 2022 at 2:30 p.m.

19        IT IS FURTHER ORDERED that time is excluded from the Speedy Trial Clock

20   in the interests of justice and as set forth in 18 U.S.C. 3161(h)(1)(D), (7)(A).

21        SO ORDERED.

22   Dated:  July 13, 2022

23                                          _Janis L. Sammartino_
                                            Hon. Janis L. Sammartino
24                                          United States District Judge

25

26

27

28