FILED
JUL 2 2 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ▬▬▬▬ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18cr0432-JLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION AND PLAINTIFF'S RENEWED MOTION FOR INTERLOCUTORY SALE OF ASSETS SUBJECT TO CRIMINAL FORFEITURE** |
| v. | |
| JIMMY COLLINS (1), ASHLEY COLLINS (2), et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the Parties' Joint Motion (ECF No. 307) and Plaintiff United States of America's renewed Motion For Order For Interlocutory Sale of Seized Assets Subject To Criminal Forfeiture pursuant to the motion hearing shall be ADOPTED and AUTHORIZED.

The Court, having considered the Parties' Joint Motion (ECF No. 307) and Plaintiff United States of America's renewed Motion For Order For Interlocutory Sale of Seized Assets Subject to Criminal Forfeiture pursuant to the motion hearing, and good cause appearing therefor and pursuant to Supplemental Rule G(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 28 U.S.C. § 2004, IT IS HEREBY ORDERED that the Parties' Joint Motion (ECF No. 307) and Plaintiff's renewed motion are granted. The Court further orders as follows:

1. The United States Marshals Service or its designees/contractors are hereby authorized to sell all of the seized assets subject to criminal forfeiture – identified in paragraph (2) below – by online public auction as soon as practicable pursuant to the following terms and conditions:

2. The interlocutory sale shall include the following seized assets subject to criminal forfeiture:

   a. 2017 P82-16 Model 8216 81'11'' Yacht, official number 1274713, named "Mizz Rachel IV";
   b. 2016 Freightliner M2-106, VIN: 3ALACVCY5GDGV1174;
   c. 2016 Land Rover Range Rover, VIN: SALWG2PF2GA104076;
   d. 2015 Aston Martin 2 dr Coupe, Stratus White, Model VDB, Convertible, VIN: SCFFDAFM1FGB16133;
   e. 2015 Aston Martin Vanquish Coupe, Black, VIN: SCFLMCFU0FGJ02106;
   f. 2016 Cimarron Lonestar Trailer, VIN: 5PASG3638GC010017;
   g. 2016 Rolls Royce, Model Wraith Coupe, 2-dr, VIN: SCA665C51GUX85975;
   h. Various Heavy Machinery/Farm Equipment; <u>detailed below</u>:
      - John Deere 459 Silage Special Round Baler PR, VIN: 1E00459SAFF410514;
      - John Deere HX15 Flex Wing Rotary Cutter 540 RPM Stump Jumpers- Single Suction Blades -6 Wheels, VIN: 1P0HX15EJFP042849;
      - Kuhn SF110, Serial Number B2558;
      - John Deere 333E Compact Track Loader, VUN: 1T0333EMPFE285437;
      - John Deere Worksite Pro PA30 Planetary Drive Auger, VIN: 1T0PA30XVF0004331;
      - John Deere Worksite Pro GT80 Brush Tined Grapple, VIN: 1T0GT80XPF0000569;
      - Tubeline TLR 5000 AX2, Serial Number 15R021;
      - John Deere 6175R Cab Tractor MX15, VIN: 1RW6175RPFD020357;

- John Deere 375A Backhoe, VIN: 1LV0375AHF0020194;
- John Deere MX10 Rotary Cutter Bushhog, VIN: W0MX10E008022j;
- John Deere XUV 825 BSE Gator, VIN: 1M0825GEHEM089039;
- John Deere 6125 M Cab Tractor, VIN: 1L06125MEFG824183;
- John Deere H340 Farm Loader, VIN: 1P0H340XEFD012508; and
- John Deere 2015 Frontier AP12G Fixed Pallet Fork for Current Loaders with Global Carrier, VIN: 1XFAP12GCF0010510.

(collectively, the "Seized Assets").

3. The United States Marshals Service or its designees/contractors shall conduct the sale of the Seized Assets by an online public auction on date(s) and time(s) the United States Marshals Service or its designees/contractors select in their sole discretion.

4. The United States Marshals Service or its designees/contractors shall market the Seized Assets for sale to the highest bidder with acceptable sales terms via an online public auction for a listing period of 28 days. None of the Seized Assets shall be sold for less than the Reserve Price, which is set at 90% of the Fair Market Value. The Fair Market Value shall be established by the United States Marshals Service or its designees/ contractors in their sole discretion.

5. If a Seized Asset does not sell according to the terms in paragraph (4), then the Seized Asset will be relisted for sale to the highest bidder with acceptable sales terms via an online public auction for an additional listing period of 14 days. The Seized Asset, however, shall not be sold during this listing period for less than the Reserve Price which is set at 80% of the Fair Market Value. This process of relisting and decreasing the Reserve Price by 10% shall repeat until all the Seized Assets are sold.

6. The United States of America is authorized to deduct from the sale the Government's costs and expenses in connection with the sale of the Seized Assets, including a commission paid to the United States Marshals Service's designee/ contractor for the sale of the Seized Assets, reasonable and ordinary costs necessary to prepare the Seized Assets for auction, and expenses necessary to convey clear title to the purchaser(s).

7. The United States Marshals Service may reject any offer to purchase the Seized Assets if it determines in its sole discretion and without disclosure to any person or entity, that the offer is made by, or on behalf of, a person involved in criminal activity and/or is prohibited by U.S. Department of Justice policy from purchasing the Seized Assets.

8. The United States Marshals Service shall first be paid all reasonable costs incurred in connection with the storage, maintenance, repair, appraisal(s), marketing, and sale of the Seized Assets.

   a. Second, any amounts due to the holder of any valid lien with priority over the Government's interest;

   b. Lastly, the remaining proceeds (i.e., the net proceeds) from the sale of the Seized Assets will be substituted as substitute res and paid to the Department of Justice Seized Asset Deposit Fund and held in an interest-bearing account pending further Order of the Court in this criminal case (18-cr-0432-JLS). Upon delivery of the net proceeds from the sale of the Seized Assets, the Government shall file a notice with the Court setting forth the amount that has been deposited as the substitute res.

IT IS SO ORDERED.

DATED: 7/21/22

Hon. Janis L. Sammartino
United States District Judge